UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| EVELYN PIERSON, ) | |
| ) | |
| Plaintiff, ) | 3:06-CV-00163-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #10) entered on July 9, 2007, recommending granting Defendant's Cross-Motion to Affirm (Doc. #9) and denying Plaintiff's Motion to Remand (Doc. #8). Plaintiff filed her Objections to Report and Recommendation of United States Magistrate Judge (Doc. #11) on July 25, 2007, and Defendant filed his Response to Plaintiff's Written Objections to the U.S. Magistrate's Report and Recommendation on August 3, 2007 (Doc. #12), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #10) entered on July 9, 2007, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #10) entered on July 9, 2007, is adopted and accepted, therefore, Defendant's Cross-Motion to Affirm (Doc. #9) is GRANTED and Plaintiff's Motion to Remand (Doc. #8) is DENIED.

IT IS SO ORDERED.

DATED this 29th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE